IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID ZALEWSKI, | ) |
|               Plaintiff, | ) |
| v. | ) Case No.: 1:22-cv-4815 |
| VIRGIN ENTERPRISES LTD.; VIRGIN CRUISES INTERMEDIATE LTD., ET AL., | ) Judge P. Kevin Castel |
|              Defendants. | ) |

# STIPULATED DISMISSAL
# WITH PREJUDICE AND ~~PROPOSED~~ ORDER
## OF DISMISSAL

IT IS HEREBY STIPULATED, by reason of the execution of a Settlement Agreement between and among Plaintiff David Zalewski and Virgin Cruises Intermediate Limited d/b/a Virgin Voyages, as follows:

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against all Defendants, including all possible Doe Defendants, are dismissed with prejudice; and

2.  Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

SO STIPULATED.

Dated: November 15, 2022

By: /s/ Scott Alan Burroughs
Scott Alan Burroughs, Esq.
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com
lazaharia@donigerlawfirm.com

Attorneys for Mr. Zalewski

By: /s/ Tom Monagan
Joseph V. Norvell
IL State Bar No. 6225747
Tom Monagan
IL State Bar No. 6278060
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
(773) 321-0014
jnorvell@norvellip.com
tmonagan@norvellip.com
courts@norvellip.com

Attorneys for Virgin Cruises Intermediate Limited d/b/a Virgin Voyages

IT IS SO ORDERED.

Date: November 17, 2022    By: *P. Kevin Castel*
The Hon. P. Kevin Castel
United States District Court